**General Docket**

**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 25−1280 | **Docketed:** 12/11/2025 |
| United Church of Christ Media Justice Ministry v. FCC, et al | **Termed:** 04/16/2026 |
| **Appeal From:** Federal Communications Commission | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
**1)** Petition for Review
**2)** Review
**3)**

**Originating Court Information:**
   **District:** FCC−1 : FCC−25−75

   **District:** FCC−1 : FCC−90FR56013

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidation | | | | |
| | 25−1280 | 26−1001 | 01/12/2026 | |
| | 25−1280 | 26−1002 | 01/12/2026 | |
| | 25−1280 | 26−1003 | 01/12/2026 | |
| | 25−1280 | 26−1012 | 01/15/2026 | |
| Pend. Consolidation | | | | |
| | 25−1280 | 26−1001 | 01/12/2026 | 01/12/2026 |
| | 25−1280 | 26−1002 | 01/12/2026 | 01/12/2026 |
| | 25−1280 | 26−1003 | 01/07/2026 | 01/12/2026 |
| | 25−1280 | 26−1012 | 01/15/2026 | 01/15/2026 |

| | |
|---|---|
| **Panel Assignment:** | Not available |

United Church of Christ Media Justice Ministry, Inc.
                              Petitioner

Erik Robert Stallman
Direct: 510−642−2485
Email: estallman@clinical.law.berkeley.edu
Fax: 510−643−4625
[COR LD NTC Retained]
University of California, Berkeley School of Law
215 Boalt Hall
Berkeley, CA 94720−7200

Cheryl A. Leanza
Direct: 202−841−6033
Email: cheryl.leanza@bbklaw.com
Fax: 202−785−1234
[COR NTC Retained]
Best Best & Krieger, LLP
Firm: 202−785−0600
1800 K Street, NW
Suite 725
Washington, DC 20006

            v.

Federal Communications Commission
                              Respondent

Matthew Joel Dunne, Counsel
Direct: 202−418−1755
Email: matthew.dunne@fcc.gov
[COR LD NTC Gvt US Agency]
Federal Communications Commission
(FCC) Office of General Counsel
Firm: 202−418−1720
45 L Street, NE
Washington, DC 20554−0004

Sarah Elizabeth Citrin
Direct: 202−418−1537
Email: sarah.citrin@fcc.gov
[COR NTC Gvt US Agency]
Federal Communications Commission
(FCC) Office of General Counsel
8th Floor
Firm: 202−418−1720
45 L Street, NE
Washington, DC 20554−0004

Jacob M. Lewis, Associate General Counsel
Direct: 202−418−1767
Email: jacob.lewis@fcc.gov
Fax: 202−418−2819
[NTC Gvt US Agency]
Federal Communications Commission
(FCC) Office of General Counsel
Firm: 202−418−1720
45 L Street, NE

Washington, DC 20554–0004

United States of America
               Respondent

Robert J. Wiggers
Direct: 202–514–2460
Email: robert.wiggers@usdoj.gov
[COR LD NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Antitrust Division, Appellate Section
Room 3224
Firm: 202–514–2413
950 Pennsylvania Avenue, NW
Washington, DC 20530–0001

Robert B. Nicholson, Attorney
Direct: 202–514–2489
Email: robert.nicholson@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Antitrust Division, Appellate Section
Room 3228
Firm: 202–514–2413
950 Pennsylvania Avenue, NW
Washington, DC 20530–0001

_____

Direct Action for Rights and Equality, Inc.
               Intervenor for Respondent

Jessica Ring Amunson
Direct: 202–639–6023
Email: jamunson@jenner.com
Fax: 202–661–4993
[COR LD NTC Retained]
Jenner & Block LLP
Firm: 202–639–6000
1099 New York Avenue, NW
Suite 900
Washington, DC 20001–4412

Global Tel*Link Corporation
               Intervenor for Respondent

Landis C. Best
Direct: 212–701–3694
Email: lbest@cahill.com
[COR LD NTC Retained]
Cahill Gordon & Reindel LLP
Firm: 212–701–3000
32 Old Slip
New York, NY 10005

National Sheriffs' Association
               Intervenor for Respondent

Salvatore Taillefer, Jr., Attorney
Direct: 202–828–5562
Email: sta@bloostonlaw.com
[COR LD NTC Retained]
Blooston, Mordkofsky, Dickens, Duffy & Prendergast, LLP
2120 L Street, NW

|  |  |
|---|---|
|  | Suite 300 |
|  | Washington, DC 20037 |
| Pennsylvania Prison Society | Andrew Jay Schwartzman |
| Intervenor for Respondent | Direct: 202−241−2408 |
|  | Email: andyschwartzman@gmail.com |
|  | [COR LD NTC Retained] |
|  | Law Office of Andrew Schwartzman |
|  | 525 9th Street, NW |
|  | 7th Floor |
|  | Washington, DC 20004 |
| Securus Technologies, LLC | Scott Harris Angstreich, Attorney |
| Intervenor for Respondent | Email: sangstreich@kellogghansen.com |
|  | [COR LD NTC Retained] |
|  | Kellogg, Hansen, Todd, Figel & Frederick, PLLC |
|  | Firm: 202−326−7900 |
|  | 1615 M Street, NW |
|  | Suite 400 |
|  | Washington, DC 20036−3209 |
|  | Michael Harold Pryor |
|  | Direct: 202−296−7353 |
|  | Email: mpryor@bhfs.com |
|  | Fax: 202−296−7009 |
|  | [COR NTC Retained] |
|  | Brownstein Hyatt Farber Schreck |
|  | 1155 F Street, NW |
|  | Suite 1200 |
|  | Washington, DC 20004 |

United Church of Christ Media Justice Ministry, Inc.,

                            Petitioner

            v.

Federal Communications Commission; United States of America,

                          Respondents

_____

Direct Action for Rights and Equality, Inc.; Global Tel*Link Corporation; National Sheriffs' Association; Pennsylvania Prison Society; Securus Technologies, LLC,

                   Intervenors for Respondent

| | | |
|---|---|---|
| 12/11/2025 | | PETITION FOR REVIEW CASE docketed. [25−1280] [Entered: 12/15/2025 09:22 AM] |
| 12/11/2025 | ▤ | PETITION FOR REVIEW [2150282] of a decision by federal agency filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 12/11/2025 ] Disclosure Statement: Attached. [25−1280] [Entered: 12/15/2025 09:23 AM] |
| 12/15/2025 | ▤ | CERTIFIED COPY [2150283] of Petition for Review sent to respondent [2150282−2] [25−1280] [Entered: 12/15/2025 09:23 AM] |
| 12/15/2025 | ▤ | CLERK'S ORDER [2150284] filed directing party to file initial submissions: PETITIONER docketing statement due 01/14/2026. PETITIONER certificate as to parties due 01/14/2026. PETITIONER statement of issues due 01/14/2026. PETITIONER underlying decision due 01/14/2026. PETITIONER deferred appendix statement due 01/14/2026. PETITIONER procedural motions due 01/14/2026. PETITIONER dispositive motions due 01/29/2026; directing party to file initial submissions: RESPONDENT entry of appearance due 01/14/2026. RESPONDENT procedural motions due 01/14/2026. RESPONDENT certified index to record due 01/29/2026. RESPONDENT dispositive motions due 01/29/2026 [25−1280] [Entered: 12/15/2025 09:29 AM] |
| 12/15/2025 | ▤ | ENTRY OF APPEARANCE [2150488] filed by Matthew J. Dunne and co−counsel Sarah E. Citrin, Jacob M. Lewis on behalf of Respondent FCC. [25−1280] (Dunne, Matthew) [Entered: 12/15/2025 02:40 PM] |
| 12/23/2025 | ▤ | MOTION [2151786] for leave to intervene [Disclosure Listing: Attached] filed by Securus Technologies, LLC [Service Date: 12/23/2025 ] [25−1280]−−[Edited 12/23/2025 by LMM] (Angstreich, Scott) [Entered: 12/23/2025 10:21 AM] |
| 12/23/2025 | ▤ | NOTICE [2151869] concerning Multidistrict Litigation filed by FCC [Service Date: 12/23/2025 ] [25−1280] (Dunne, Matthew) [Entered: 12/23/2025 02:21 PM] |
| 12/30/2025 | ▤ | LETTER [2152314] concerning Multidistrict Litigation filed by FCC [Service Date: 12/30/2025 ] [25−1280] (Dunne, Matthew) [Entered: 12/30/2025 03:06 PM] |
| 01/05/2026 | ▤ | ENTRY OF APPEARANCE [2152804] filed by Robert J. Wiggers and co−counsel Robert B. Nicholson on behalf of Respondent USA. [25−1280] (Wiggers, Robert) [Entered: 01/05/2026 10:08 AM] |
| 01/09/2026 | ▤ | MOTION [2153664] for leave to intervene [Disclosure Listing: Attached] filed by Direct Action for Rights and Equality [Service Date: 01/09/2026 ] [26−1003]−−[Edited 03/24/2026 by LMM] (Amunson, Jessica) [Entered: 01/09/2026 07:30 PM] |
| 01/09/2026 | ▤ | *CONSENT* MOTION [2153670] for leave to intervene [Disclosure Listing: Attached] filed by Pennsylvania Prison Society [Service Date: 01/09/2026 ] [26−1003, 25−1280] (Schwartzman, Andrew) [Entered: 01/09/2026 10:55 PM] |
| 01/12/2026 | ▤ | CLERK'S ORDER [2153686] filed consolidating cases 26−1003 (Consolidation started 01/12/2026) with 25−1280; directing party to file initial submissions: PETITIONER docketing statement due 02/11/2026. PETITIONER statement of issues due 02/11/2026 [25−1280, 26−1003] [Entered: 01/12/2026 07:42 AM] |
| 01/12/2026 | ▤ | LETTER [2153689] sent regarding attorney membership to Phillip DeRosier for Network Communications International Corporation in 26−1003. Application for Admission due 02/11/2026. [26−1003, 25−1280] [Entered: 01/12/2026 07:48 AM] |
| 01/12/2026 | ▤ | CLERK'S ORDER [2153725] filed consolidating cases 26−1001, 26−1002 (Consolidation started 01/12/2026) with 25−1280; directing party to file in 26−1001, 26−1002 initial submissions: PETITIONER docketing statement due 02/11/2026. PETITIONER statement of issues due 02/11/2026 [25−1280, 26−1001, 26−1002, 26−1003] [Entered: 01/12/2026 10:08 AM] |

| | | |
|---|---|---|
| 01/12/2026 | ▤ | MOTION [2153837] for leave to intervene [Disclosure Listing: Attached] filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 01/12/2026 ] [25–1280, 26–1003] ––[Edited 01/13/2026 by LMM] (Stallman, Erik) [Entered: 01/12/2026 02:17 PM] |
| 01/13/2026 | ▤ | UNOPPOSED MOTION [2154021] to extend time to file initial submissions to 02/11/2026 filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 01/13/2026 ] Length Certification: 429 words. [25–1280] (Stallman, Erik) [Entered: 01/13/2026 12:02 PM] |
| 01/14/2026 | ▤ | *JOINT* ENTRY OF APPEARANCE [2154225] filed by Lee G. Petro and co–counsel Glenn S. Richards Phillip J. DeRosier on behalf of Petitioner Network Communications International Corporation in 26–1003. [26–1003, 25–1280, 26–1001, 26–1002] (Petro, Lee) [Entered: 01/14/2026 12:55 PM] |
| 01/14/2026 | ▤ | CLERK'S ORDER [2154292] filed granting motion to extend time [2154021–2] in 25–1280; extending Clerk order initial submissions for appellant/petitioner [2150284–2] in 25–1280 PETITIONER docketing statement due 02/11/2026. PETITIONER certificate as to parties due 02/11/2026. PETITIONER statement of issues due 02/11/2026. PETITIONER underlying decision due 02/11/2026. PETITIONER deferred appendix statement due 02/11/2026. PETITIONER procedural motions due 02/11/2026 [25–1280, 26–1001, 26–1002, 26–1003] [Entered: 01/14/2026 05:06 PM] |
| 01/15/2026 | ▤ | CLERK'S ORDER [2154393] filed consolidating cases 26–1012 (Consolidation started 01/15/2026) with 25–1280; directing party to file in 26–1012 initial submissions: PETITIONER docketing statement due 02/17/2026. PETITIONER statement of issues due 02/17/2026 [25–1280, 26–1001, 26–1002, 26–1003, 26–1012] [Entered: 01/15/2026 01:43 PM] |
| 01/22/2026 | ▤ | MOTION [2155565] for leave to intervene [Disclosure Listing: Attached] filed by National Sheriffs' Association [Service Date: 01/22/2026 ] [25–1280, 26–1001, 26–1002, 26–1003, 26–1012]––[Edited 01/23/2026 by LMM] (Taillefer, Salvatore) [Entered: 01/22/2026 07:53 PM] |
| 01/27/2026 | ▤ | MOTION [2156216] to transfer case filed by Direct Action for Rights and Equality, Inc. in 25–1280, Direct Action for Rights and Equality in 26–1001, 26–1003 (Service Date: 01/27/2026 by CM/ECF NDA) Length Certification: 2,724 words. [25–1280, 26–1001, 26–1002, 26–1003, 26–1012] (Amunson, Jessica) [Entered: 01/27/2026 03:25 PM] |
| 01/29/2026 | ▤ | CERTIFIED INDEX TO RECORD [2156510] filed by FCC in 25–1280, 26–1001, 26–1002, 26–1003, 26–1012 [Service Date: 01/29/2026 ] [25–1280, 26–1001, 26–1002, 26–1003, 26–1012] (Dunne, Matthew) [Entered: 01/29/2026 11:48 AM] |
| 02/06/2026 | ▤ | RESPONSE IN OPPOSITION [2157974] to motion [2156216–2] filed by Network Communications International Corporation in 26–1003 [Service Date: 02/06/2026 by CM/ECF NDA] Length Certification: 2967 words. [25–1280, 26–1001, 26–1002, 26–1003, 26–1012] (Petro, Lee) [Entered: 02/06/2026 12:02 PM] |
| 02/07/2026 | ▤ | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2158069] filed by Pennsylvania Prison Society in 25–1280, 26–1003 [Service Date: 02/07/2026 ] [26–1002, 25–1280, 26–1001, 26–1003, 26–1012] (Schwartzman, Andrew) [Entered: 02/07/2026 04:25 PM] |
| 02/07/2026 | ▤ | DOCKETING STATEMENT [2158070] filed by Pennsylvania Prison Society in 25–1280, 26–1003 [Service Date: 02/07/2026 ] [26–1002, 25–1280, 26–1001, 26–1003, 26–1012] (Schwartzman, Andrew) [Entered: 02/07/2026 04:26 PM] |
| 02/07/2026 | ▤ | STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL [2158071] filed by Pennsylvania Prison Society in 25–1280, 26–1003 [Service Date: 02/07/2026 ] Intent: AppxDeferred [26–1002, 25–1280, 26–1001, 26–1003, 26–1012] (Schwartzman, Andrew) [Entered: 02/07/2026 04:28 PM] |
| 02/07/2026 | ▤ | STATEMENT OF ISSUES [2158072] filed by Pennsylvania Prison Society in 25–1280, 26–1003 [Service Date: 02/07/2026 ] [26–1002, 25–1280, 26–1001, 26–1003, 26–1012] (Schwartzman, Andrew) [Entered: 02/07/2026 04:29 PM] |

02/07/2026   📄    UNDERLYING DECISION IN CASE [2158073] submitted by Pennsylvania Prison Society in 25–1280, 26–1003 [Service Date: 02/07/2026 ] [26–1002, 25–1280, 26–1001, 26–1003, 26–1012] (Schwartzman, Andrew) [Entered: 02/07/2026 04:30 PM]

02/11/2026   📄    CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2158493] filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 02/11/2026 ] [25–1280] (Stallman, Erik) [Entered: 02/11/2026 09:22 AM]

02/11/2026   📄    UNDERLYING DECISION IN CASE [2158498] submitted by United Church of Christ Media Justice Ministry, Inc. [Service Date: 02/11/2026 ] [25–1280] (Stallman, Erik) [Entered: 02/11/2026 09:25 AM]

02/11/2026   📄    STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL [2158500] filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 02/11/2026 ] Intent: AppxDeferred [25–1280] (Stallman, Erik) [Entered: 02/11/2026 09:28 AM]

02/11/2026   📄    DOCKETING STATEMENT [2158508] filed by Network Communications International Corporation in 26–1003 [Service Date: 02/11/2026 ] [26–1003, 25–1280, 26–1001, 26–1002, 26–1012] (Petro, Lee) [Entered: 02/11/2026 10:06 AM]

02/11/2026   📄    STATEMENT OF ISSUES [2158509] filed by Network Communications International Corporation in 26–1003 [Service Date: 02/11/2026 ] [26–1003, 25–1280, 26–1001, 26–1002, 26–1012] (Petro, Lee) [Entered: 02/11/2026 10:11 AM]

02/11/2026   📄    STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL [2158510] filed by Network Communications International Corporation in 26–1003 [Service Date: 02/11/2026 ] Intent: AppxDeferred [26–1003, 25–1280, 26–1001, 26–1002, 26–1012] (Petro, Lee) [Entered: 02/11/2026 10:13 AM]

02/11/2026   📄    DOCKETING STATEMENT [2158581] filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 02/11/2026 ] [25–1280] (Stallman, Erik) [Entered: 02/11/2026 12:49 PM]

02/11/2026   📄    CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2158584] filed by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 01:01 PM]

02/11/2026   📄    STATEMENT [2158611] with Disclosure Listing filed by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 02:18 PM]

02/11/2026   📄    STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL [2158613] filed by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] Intent: AppxDeferred [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 02:19 PM]

02/11/2026   📄    DOCKETING STATEMENT [2158614] filed by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 02:20 PM]

02/11/2026   📄    STATEMENT OF ISSUES [2158616] filed by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 02:21 PM]

02/11/2026   📄    STATEMENT OF ISSUES [2158622] filed by United Church of Christ Media Justice Ministry, Inc. [Service Date: 02/11/2026 ] [25–1280] (Stallman, Erik) [Entered: 02/11/2026 02:42 PM]

02/11/2026   📄    UNDERLYING DECISION IN CASE [2158625] submitted by Direct Action for Rights and Equality [Service Date: 02/11/2026 ] [26–1001] (Amunson, Jessica) [Entered: 02/11/2026 02:43 PM]

02/11/2026   📄    MOTION [2158682] for leave to intervene [Disclosure Listing: Attached] filed by Global Tel*Link Corporation d/b/a ViaPath Technologies [Service Date: 02/11/2026 ] [25–1280, 26–1001, 26–1002, 26–1003, 26–1012]–[Edited 02/12/2026 by LMM] (Best, Landis) [Entered: 02/11/2026 04:48 PM]

| | | |
|---|---|---|
| 02/13/2026 | ▤ | REPLY [2159103] filed by Direct Action for Rights and Equality, Inc. in 25−1280, Direct Action for Rights and Equality in 26−1001, 26−1003 to response [2157974−2] [Service Date: 02/13/2026 by CM/ECF NDA] Length Certification: 1,818 words. [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] (Amunson, Jessica) [Entered: 02/13/2026 01:10 PM] |
| 02/17/2026 | ▤ | ENTRY OF APPEARANCE [2159337] filed by Stephen A. Raher on behalf of Petitioner Criminal Justice Reform Clinic in 26−1012. [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:31 PM] |
| 02/17/2026 | ▤ | DOCKETING STATEMENT [2159339] filed by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:37 PM] |
| 02/17/2026 | ▤ | STATEMENT OF ISSUES [2159341] filed by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:38 PM] |
| 02/17/2026 | ▤ | STATEMENT [2159344] with Disclosure Listing filed by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:42 PM] |
| 02/17/2026 | ▤ | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2159345] filed by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:44 PM] |
| 02/17/2026 | ▤ | UNDERLYING DECISION IN CASE [2159348] submitted by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:46 PM] |
| 02/17/2026 | ▤ | STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL [2159350] filed by Criminal Justice Reform Clinic in 26−1012 [Service Date: 02/17/2026 ] Intent: AppxDeferred [26−1012, 25−1280, 26−1001, 26−1002, 26−1003] (Raher, Stephen) [Entered: 02/17/2026 12:49 PM] |
| 03/24/2026 | ▤ | CLERK'S ORDER [2165329] filed granting motions for leave to intervene [2158682−2], [2155565−2], [2153837−2] [2153670−2] [2151786−2] [2153664−2] in 25−1280, 26−1003 [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] [Entered: 03/24/2026 01:48 PM] |
| 04/07/2026 | ▤ | NOTICE [2167519] advising of their support of petitioner, advising of their support of respondent filed by Securus Technologies, LLC in 25−1280, 26−1003, 26−1012 [Service Date: 04/07/2026 ] [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] (Angstreich, Scott) [Entered: 04/07/2026 04:59 PM] |
| 04/08/2026 | ▤ | LETTER [2167581] regarding case status filed by Direct Action for Rights and Equality, Inc. in 25−1280, Direct Action for Rights and Equality in 26−1001, 26−1003 [Service Date: 04/08/2026 ] [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] (Ramamurti, Arjun) [Entered: 04/08/2026 11:54 AM] |
| 04/16/2026 | ▤ | PER CURIAM ORDER [2168971] filed ORDERED that the motion to transfer [2156216−2] be granted and this case be transferred to the United States Court of Appeals for the First Circuit. The Clerk is directed to transmit the original files and a copy of this order to the First Circuit. Before Judges: Walker, Childs and Garcia. [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] [Entered: 04/16/2026 11:15 AM] |
| 04/16/2026 | ▤ | LETTER [2168972] sent to transfer case to the USCA 1st Circuit. Documents Sent: Clerk's File and copy of order transferring case. [25−1280, 26−1001, 26−1002, 26−1003, 26−1012] [Entered: 04/16/2026 11:24 AM] |