# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak                                                                                General Information
Clerk                              April 16, 2026                                                   (202) 216-7000

First Circuit Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210-3002

    Re:  25-1280, et al. United Church of Christ Media Justice Ministry v. FCC, et al.

Dear Clerk of Court:

    Pursuant to the order of this court filed April 16, 2026, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format.

    Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

                    Sincerely yours,

             BY:   /s/
                    Selena R. Gancasz
                    Deputy Clerk

Enclosures

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1280**                                    **September Term, 2025**

**FCC-24-75**
**FCC-25-75**
**FCC-90FR56013**

**Filed On:** April 16, 2026

United Church of Christ Media Justice
Ministry, Inc.,

      Petitioner

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Direct Action for Rights and Equality, Inc., et
al.,
      Intervenors
------------------------------

Consolidated with 26-1001, 26-1002,
26-1003, 26-1012


    **BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

### O R D E R

    Upon consideration of the motion to transfer, the response thereto, the reply, and the letter regarding case status, it is

    **ORDERED** that the motion to transfer be granted and this case be transferred to the United States Court of Appeals for the First Circuit.  See 28 U.S.C. § 2112(a). Section 2112(a) "is a mechanical device to determine which court will determine venue, not which court will ultimately hear the case."  Liquor Salesmen's Union Local 2 v. NLRB, 664 F.2d 1200, 1205 (D.C. Cir. 1981).  Transfer is appropriate "where the same or inter-related proceeding was previously under review in a court of appeals, and [a petition] is now brought for review … in a follow-on phase, where continuance of the same appellate tribunal is necessary to maintain continuity in the total proceeding."

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1280**                    **September Term, 2025**


Pub. Serv. Comm'n v. FPC, 472 F.2d 1270, 1270 (D.C. Cir. 1972) (internal quotation marks and citation omitted) (discussing transfer under 28 U.S.C. § 2112(a)); see also Eastern Air Lines, Inc. v. Civil Aeronautics Bd., 354 F.2d 507, 511 (D.C. Cir. 1965) (holding that section 2112(a) "should be liberally applied to permit review by a single court of closely related matters where appropriate for sound judicial administration"). Transfer is warranted here because the First Circuit currently has pending before it petitions for review of a separate order arising out of the same underlying agency proceedings as the order under review here.  In re MCP 191, 158 F.4th 294 (1st Cir. 2025).

        The Clerk is directed to transmit the original files and a copy of this order to the First Circuit.  Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**