# United States Court of Appeals
## For the First Circuit

No. 26-8037

In Re: MCP 198

No. 26-1446

UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

No. 26-1447

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

No. 26-1448

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 26-1449

NETWORK COMMUNICATIONS INTERNATIONAL CORPORATION,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.


_____

No. 26-1450

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

**ORDER OF COURT**

Entered: July 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

The following cases transferred to the United States Court of Appeals for the First Circuit by order of the United States Court of Appeals for the District of Columbia Circuit entered on April 16, 2026, are hereby consolidated with the lead case hereby designated as In re: MCP 198, Case No. 26-8037:

No. 26-1446  (D.C.  Circuit No. 25-1280)

No. 26-1447  (D.C.  Circuit 26-1001, originally First Circuit No. 25-2192)

No. 26-1448  (D.C.  Circuit 26-1002, originally Third Circuit No. 25-3431)

No. 26-1449  (D.C.  Circuit 26-1003, originally Fifth Circuit No. 25-60695)

No. 26-1450  (D.C.  Circuit 26-1012, originally Ninth Circuit No. 25-7792)


Any similar proceedings arising from the agency action at issue, including cases transferred from another circuit, shall be automatically consolidated by the Clerk with the designated lead case and parties will file according to the procedures below.

### Bar Membership and ECF Filing

In order to file motions, pleadings, or briefs on behalf of a party, the filer must be registered with the court's Case Management Electronic Case Files system (CM/ECF).  Further, any attorney filing motions, pleadings, or briefs or participating in oral argument must be admitted to the bar of this court and file an appearance form.  See 1st Cir. R. 46.0(a)(2).  As a preliminary step, attorneys seeking admission to the court's bar are required to submit their bar application and pay the admission fee electronically using the court's Case Management Electronic Case Files system.  See 1st Cir. R. 46.0(a)(1).

Further information about registering for CM/ECF filing in this court and joining the court's bar is available through the court's website at www.ca1.uscourts.gov, using the "Attorneys & Litigants" tab and selecting "Attorney Admissions."   Counsel may contact the Clerk's Office with any questions regarding the attorney admission process and CM/ECF registration.

All filings in this proceeding will be made by counsel using CM/ECF and as provided by applicable orders.  Filings should designate both the lead case number (In re: MCP 198, Appeal No. 26-8037) and the case number assigned to the individual member case in this court.  When filing in CM/ECF, filers should select only their individual case number and the lead case number.  In the event errors are made in selecting cases when docketing, misfiled documents may be stricken with instructions for correction by counsel.

Preliminary deadlines for entries of appearance and docketing statements will be set in each individual review proceeding.  Accordingly, counsel for the parties to each review proceeding shall enter their appearance in both the proceeding to which they are a party and in the lead case. The petitioner(s) in each individual review proceeding shall file a docketing statement in that proceeding and in the lead case.


By the Court:

Anastasia Dubrovsky, Clerk

cc:
Erik Stallman
Cheryl A. Leanza
Jessica Ring Amunson
Arjun Ramamurti
Kevin Austin Zhang
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Caroline Shoaibi
Salvatore Taillefer Jr.
Landis C. Best
Angela F. Collins
Glenn S. Richards
Phillip J. DeRosier
Lee George Petro
Aliza Kaplan
Stephen Raher
Amanda I. Alvarez Thibeault
Jacob Matthew Lewis
Matthew J. Dunne
Sarah E. Citrin
D. Adam Candeub
Todd Blanche
Robert B. Nicholson
Robert J. Wiggers
Andrew Schwartzman